# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.     Crim. No. 7:05-CR-114-1

DONALD WESLEY HERRING

On Thursday, July 23, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    Respectfully submitted,

/s/ Kevin L. Connolley                    /s/ John A. Cooper
Kevin L. Connolley                        John A. Cooper
Supervising U.S. Probation Officer        Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27__ day of __August__, 2012.

Terrence W. Boyle
U.S. District Judge